UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel J. Wright, individually and as representative of a class of participants and beneficiaries and on behalf of the JPMorgan Chase 401K Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00525-JLS-JC<br><br>**JUDGMENT** |

For the reasons stated in the separate order granting Defendants' motion to dismiss issued on June 13, 2025 (Doc. 42), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, and all claims in this action are DISMISSED WITH PREJUDICE.

Dated: June 27, 2025

_JOSEPHINE L. STATON_
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE