Name: Haffner Law PC
Address: 15260 Ventura Blvd., Suite 1520
City, State, Zip: Sherman oaks, CA 91403
Phone: 213-514-5681
Fax: 213-514-5682
E-Mail: at@haffnerlawyers.com; vh@haffnerlawyers.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL J. WRIGHT

PLAINTIFF(S),

v.

JPMORGAN CHASE & CO.;
JPMORGAN CHASE BANK, N.A.

DEFENDANT(S).

CASE NUMBER:

2:25-cv-00525-JLS-JC

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Plaintiff_____ hereby appeals to
                                    *Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   ECF No. 42 Granting Motion to Dismiss

☒ Judgment (specify):
   ECF No. 44 Granting Motion to Dismiss

☐ Other (specify):

Imposed or Filed on _____06/27/2025_____. Entered on the docket in this action on __06/27/2025__.

A copy of said judgment or order is attached hereto.

07/08/2025
Date

/s/ Vahan Mikayelyan
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).